UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| In re: | § | Case No. 19-02910-LMJ7 |
|---|---|---|
| | § | |
| MOLLIE MARIE JAMES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Donald F. Neiman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $613,080.77 | Assets Exempt: | $55,201.58 |
| Total Distributions to Claimants: | $14,215.15 | Claims Discharged Without Payment: | $688,333.92 |
| Total Expenses of Administration: | $11,463.26 | | |

  3) Total gross receipts of $25,678.41 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,678.41 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $725,417.33 | $229,136.48 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $11,490.56 | $11,490.56 | $11,463.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $100.00 | $100.00 | $100.00 |
| General Unsecured Claims (from **Exhibit 7**) | $731,667.64 | $451,662.71 | $451,662.71 | $14,115.15 |
| **Total Disbursements** | $1,457,084.97 | $692,389.75 | $463,253.27 | $25,678.41 |

4). This case was originally filed under chapter 7 on 12/19/2019. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/17/2021        By:  /s/ Donald F. Neiman
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Farm Bureau - Whole Life No. ending 003106698U Mother | 1129-000 | $3,195.23 |
| Farm Bureau - Whole Life No. ending 01233140 Mother | 1129-000 | $716.09 |
| Farm Bureau Financial Services account ending 00833346F (baby gift) | 1129-000 | $211.13 |
| Firearms See continuation page(s). | 1129-000 | $480.00 |
| Heritage Comm Bank - Checking account | 1129-000 | $234.00 |
| Heritage Comm Bank Bus Checking | 1129-000 | $70.97 |
| Office equipment, furnishings, and supplies (details): Office equipment, medical equipment, bandages, supplies, furnitur | 1129-000 | $2,000.00 |
| Rockwood Comm Bank - Checking account | 1129-000 | $3,994.00 |
| Rockwood Comm Bank - Savings account | 1129-000 | $77.00 |
| Accrued wages | 1229-000 | $2,836.36 |
| Attorney trust account balance | 1229-000 | $8,863.63 |
| Preference v. debtor's mother | 1241-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,678.41** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Great Western Bank | 4110-000 | $280,000.00 | $172,000.00 | $0.00 | $0.00 |
| 12 | Ascentium Capital LLC | 4210-000 | $0.00 | $57,136.48 | $0.00 | $0.00 |
| | Citizens One | 4110-000 | $415,866.25 | $0.00 | $0.00 | $0.00 |
| | Farm Bureau Financial Srvcs (Chariton) | 4110-000 | $19,551.08 | $0.00 | $0.00 | $0.00 |
| | WF Dealer Services | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$725,417.33** | **$229,136.48** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Donald F. Neiman, Trustee | 2100-000 | NA | $3,317.84 | $3,317.84 | $3,317.84 |
| Donald F. Neiman, Trustee | 2200-000 | NA | $369.10 | $369.10 | $341.80 |
| International Sureties, Ltd. | 2300-000 | NA | $3.62 | $3.62 | $3.62 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Bradshaw, Fowler, Proctor & Fairgrave, P.C., Attorney for Trustee | 3110-000 | NA | $6,750.00 | $6,750.00 | $6,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,490.56 | $11,490.56 | $11,463.26 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $100.00 | $100.00 | $100.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $100.00 | $100.00 | $100.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $900.00 | $900.00 | $28.12 |
| 2 | PractiSynergy | 7100-000 | $540.74 | $768.95 | $768.95 | $24.03 |
| 3a | Great Western Bank | 7100-000 | $0.00 | $76,452.92 | $76,452.92 | $2,389.27 |
| 4 | American Express National Bank | 7100-000 | $30,649.72 | $30,649.72 | $30,649.72 | $957.85 |
| 5 | American Express National Bank | 7100-000 | $39,762.15 | $39,762.15 | $39,762.15 | $1,242.63 |
| 6 | 5901 Westown Parkway, MOB, LLC. | 7100-000 | $35,514.35 | $40,785.55 | $40,785.55 | $1,274.61 |
| 7 | Resurgent Receivables, LLC | 7100-000 | $0.00 | $2,964.55 | $2,964.55 | $92.65 |
| 8 | Resurgent Receivables, LLC | 7100-000 | $10,000.00 | $11,367.65 | $11,367.65 | $355.26 |
| 9 | Ascentium Capital LLC | 7100-000 | $0.00 | $52,523.33 | $52,523.33 | $1,641.43 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Ascentium Captial | 7100-000 | $0.00 | $48,518.75 | $48,518.75 | $1,516.29 |
| 11 | Ascentium Capital LLC | 7100-000 | $364,414.32 | $114,105.62 | $114,105.62 | $3,565.97 |
| 12a | Ascentium Capital LLC | 7100-000 | $0.00 | $32,863.52 | $32,863.52 | $1,027.04 |
| | 5901 Westown Parkway, MOB, LLC. | 7100-000 | $76,349.44 | $0.00 | $0.00 | $0.00 |
| | Alliant Energy | 7100-000 | $452.44 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $27,055.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank (DE) | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ISL/PNC Bank | 7100-000 | $121,612.00 | $0.00 | $0.00 | $0.00 |
| | Spoeneman Hudgens & Lord, LLC | 7100-000 | $2,317.48 | $0.00 | $0.00 | $0.00 |
| | Spoeneman Hudgens & Lord, LLC | 7100-000 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| | Susie James | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $731,667.64 | $451,662.71 | $451,662.71 | $14,115.15 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 19-02910-lmj7 | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | | Date Filed (f) or Converted (c): | 12/19/2019 (f) |
| For the Period Ending: | 3/17/2021 | | §341(a) Meeting Date: | 01/23/2020 |
| | | | Claims Bar Date: | 08/05/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2487 Viola Gill Lane, Wildwood MO ,St. Louis 63040 | $450,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1812 Court Ave Chariton, IA ,Lucas 50049 | Unknown | $0.00 | | $0.00 | FA |
| 3 | Make: Toyota Model: 4 Runner Year: 2011 Other Information: 2011 Toyota 4 Runner | $6,500.00 | $0.00 | | $0.00 | FA |
| 4 | Make: BMW Model: C325 Year: 2010 Other Information: 2010 BMW C325 | $14,000.00 | $4,000.00 | | $0.00 | FA |
| 5 | Household goods including counches, furniture, TVs, beds, etc | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 6 | Firearms See continuation page(s). | $350.00 | $350.00 | | $480.00 | FA |
| Asset Notes: | Amended value on May 19, 2020 | | | | | |
| 7 | 2 Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 8 | CASH | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | Rockwood Comm Bank - Checking account | $15,979.00 | $3,994.00 | | $3,994.00 | FA |
| 10 | Heritage Comm Bank - Checking account | $234.00 | $234.00 | | $234.00 | FA |
| 11 | Heritage Comm Bank Bus Checking | $70.97 | $70.97 | | $70.97 | FA |
| 12 | Rockwood Comm Bank - Savings account | $77.00 | $77.00 | | $77.00 | FA |
| 13 | Mollie James, D.O., P.C. 100% | Unknown | $0.00 | OA | $0.00 | FA |
| 14 | Prism Health- unincorporated business concept- no revenue | $0.00 | $0.00 | OA | $0.00 | FA |
| 15 | Mercy 401(k) | $90,639.55 | $90,639.55 | | $0.00 | FA |
| 16 | Mercy 403b Plan | $34,960.47 | $34,960.47 | | $0.00 | FA |
| 17 | Farm Bureau Financial Services Roth IRA ending 04025303A | $18,877.73 | $0.00 | | $0.00 | FA |
| 18 | Farm Bureau Financial Services IRA ending 040001474653F | $2,315.39 | $2,315.39 | | $0.00 | FA |
| 19 | Farm Bureau IRA | $26,000.00 | $26,000.00 | | $0.00 | FA |
| 20 | Farm Bureau Financial Services account ending 00833346F (baby gift) | $211.13 | $211.13 | | $211.13 | FA |
| 21 | Farm Bureau - Whole Life No. ending 01233140 Mother | $3,298.92 | $0.00 | | $716.09 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 19-02910-lmj7 | | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | | | Date Filed (f) or Converted (c): | 12/19/2019 (f) |
| For the Period Ending: | 3/17/2021 | | | §341(a) Meeting Date: | 01/23/2020 |
| | | | | Claims Bar Date: | 08/05/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 22 | Farm Bureau - Whole Life No. ending 003106698U Mother | $3,195.23 | $3,195.23 | | $3,195.23 | FA |
| 23 | Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment See continuation page(s). | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate of Asset #24 below | | | | | |
| 24 | Claims against third parties (details): Judgment against David Gray and Christy Gray | $6,921.38 | $6,921.38 | OA | $0.00 | FA |
| 25 | Claims against third parties (details): Additional claims against David Gray | Unknown | $0.00 | OA | $0.00 | FA |
| 26 | Claims against third parties (details): Causes of Action against L&C Medical Billing | Unknown | $0.00 | OA | $0.00 | FA |
| 27 | Claims against third parties (details): Causes of Action against Practice Synergy | Unknown | $0.00 | OA | $0.00 | FA |
| 28 | Accounts receivable | Unknown | $0.00 | OA | $0.00 | FA |
| 29 | Office equipment, furnishings, and supplies (details): Office equipment, medical equipment, bandages, supplies, furniture, etc, left over from closed business | $5,000.00 | $2,735.00 | | $2,000.00 | FA |
| 30 | Office equipment, furnishings, and supplies (details): Hydra Facial Machine | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Attorney trust account balance (u) | $0.00 | $8,863.63 | | $8,863.63 | FA |
| 32 | Accrued wages (u) | $0.00 | $11,345.45 | | $2,836.36 | FA |
| 33 | Preference v. debtor's mother (u) | $0.00 | $7,000.00 | | $3,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $682,130.77 | $206,413.20 | | $25,678.41 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3     Exhibit 8

| **Case No.:** | 19-02910-lmj7 | **Trustee Name:** | Donald F. Neiman |
|---|---|---|---|
| **Case Name:** | JAMES, MOLLIE MARIE | **Date Filed (f) or Converted (c):** | 12/19/2019 (f) |
| **For the Period Ending:** | 3/17/2021 | **§341(a) Meeting Date:** | 01/23/2020 |
| | | **Claims Bar Date:** | 08/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     /s/ DONALD F. NEIMAN

DONALD F. NEIMAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-02910-lmj7 | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5848 | | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/19/2019 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/17/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2020 | | Cutler Law Firm | Bank deposits | | * | $4,375.97 | | $4,375.97 |
| | {9} | | Rockwood Comm Bank nonexempt bank balance | $3,994.00 | 1129-000 | | | $4,375.97 |
| | {10} | | Heritage Comm Bank nonexempt bank balance | $234.00 | 1129-000 | | | $4,375.97 |
| | {11} | | Heritage Comm Bank nonexempt business checking | $70.97 | 1129-000 | | | $4,375.97 |
| | {12} | | Rockwood Comm Bank nonexempt savings account balance | $77.00 | 1129-000 | | | $4,375.97 |
| 05/06/2020 | (31) | Cutler Law Firm | Attorney trust account balance | | 1229-000 | $8,863.63 | | $13,239.60 |
| 06/03/2020 | 3001 | International Sureties, Ltd. | Bond #016018056 | | 2300-000 | | $3.62 | $13,235.98 |
| 06/11/2020 | | Cutler Law Firm | Nonexempt assets | | * | $3,886.36 | | $17,122.34 |
| | {6} | | Firearms | $480.00 | 1129-000 | | | $17,122.34 |
| | {20} | | Annuity | $211.13 | 1129-000 | | | $17,122.34 |
| | {22} | | Life insurance policy | $3,195.23 | 1129-000 | | | $17,122.34 |
| 06/17/2020 | (33) | Suzanne James | Preference | | 1241-000 | $3,000.00 | | $20,122.34 |
| 06/22/2020 | 3002 | Clerk, U.S. Bankruptcy Court | Adversary filing fee (Neiman v. James, #20-30064-lmj7) | | 2700-000 | | $350.00 | $19,772.34 |
| 06/22/2020 | 3003 | Clerk, U.S. Bankruptcy Court | Adversary filing fee (Neiman v. James, #20-30065-lmj7) | | 2700-000 | | $350.00 | $19,422.34 |
| 07/01/2020 | | Cutler Law Firm | Nonexempt assets | | * | $3,552.45 | | $22,974.79 |
| | {21} | | Life insurance policy | $716.09 | 1129-000 | | | $22,974.79 |
| | {32} | | Wages | $2,836.36 | 1229-000 | | | $22,974.79 |
| 07/01/2020 | 3004 | Clerk, U.S. Bankruptcy Court | Adversary filing fee (Neiman v. Gainer, #20-30069-lmj7) | | 2700-000 | | $350.00 | $22,624.79 |
| 07/22/2020 | (29) | Mollie James | Office equipment, etc. | | 1129-000 | $2,000.00 | | $24,624.79 |
| 09/17/2020 | 3005 | Bradshaw, Fowler, Proctor & Fairgrave, P.C. | Attorney fees per 9/15/2020 Court Order | | 3110-000 | | $6,750.00 | $17,874.79 |
| 01/14/2021 | 3006 | Donald F. Neiman | Trustee Compensation | | 2100-000 | | $3,317.84 | $14,556.95 |
| 01/14/2021 | 3007 | Donald F. Neiman | Trustee Expenses | | 2200-000 | | $341.80 | $14,215.15 |

| | | | | | SUBTOTALS | $25,678.41 | $11,463.26 | |

**FORM 2**

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-02910-lmj7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5848 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/19/2019 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/17/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/14/2021 | 3008 | Internal Revenue Service | Account Number: 7125; Claim #: 1; Amount Claimed: 100.00; Amount Allowed: 100.00; | 5800-000 | | $100.00 | $14,115.15 |
| 01/14/2021 | 3009 | Internal Revenue Service | Account Number: 7125; Claim #: 1; Amount Claimed: 900.00; Amount Allowed: 900.00; | 7100-000 | | $28.12 | $14,087.03 |
| 01/14/2021 | 3010 | PractiSynergy | Account Number: MJ9; Claim #: 2; Amount Claimed: 768.95; Amount Allowed: 768.95; | 7100-000 | | $24.03 | $14,063.00 |
| 01/14/2021 | 3011 | Great Western Bank | Account Number: 1023; Claim #: 3; Amount Claimed: 76,452.92; Amount Allowed: 76,452.92; | 7100-000 | | $2,389.27 | $11,673.73 |
| 01/14/2021 | 3012 | American Express National Bank | Account Number: 5008; Claim #: 4; Amount Claimed: 30,649.72; Amount Allowed: 30,649.72; | 7100-000 | | $957.85 | $10,715.88 |
| 01/14/2021 | 3013 | American Express National Bank | Account Number: 3009; Claim #: 5; Amount Claimed: 39,762.15; Amount Allowed: 39,762.15; | 7100-000 | | $1,242.63 | $9,473.25 |
| 01/14/2021 | 3014 | 5901 Westown Parkway, MOB, LLC. | Account Number: ; Claim #: 6; Amount Claimed: 40,785.55; Amount Allowed: 40,785.55; | 7100-000 | | $1,274.61 | $8,198.64 |
| 01/14/2021 | 3015 | Resurgent Receivables, LLC | Account Number: 6570/3767; Claim #: 7; Amount Claimed: 2,964.55; Amount Allowed: 2,964.55; | 7100-000 | | $92.65 | $8,105.99 |
| 01/14/2021 | 3016 | Resurgent Receivables, LLC | Account Number: 8334/4001; Claim #: 8; Amount Claimed: 11,367.65; Amount Allowed: 11,367.65; | 7100-000 | | $355.26 | $7,750.73 |
| 01/14/2021 | 3017 | Ascentium Capital LLC | Account Number: 8197; Claim #: 9; Amount Claimed: 52,523.33; Amount Allowed: 52,523.33; | 7100-000 | | $1,641.43 | $6,109.30 |
| 01/14/2021 | 3018 | Ascentium Captial | Account Number: 3205; Claim #: 10; Amount Claimed: 48,518.75; Amount Allowed: 48,518.75; | 7100-000 | | $1,516.29 | $4,593.01 |
| 01/14/2021 | 3019 | Ascentium Capital LLC | Account Number: 8563; Claim #: 11; Amount Claimed: 114,105.62; Amount Allowed: 114,105.62; | 7100-000 | | $3,565.97 | $1,027.04 |
| 01/14/2021 | 3020 | Ascentium Capital LLC | Account Number: 6213; Claim #: 12; Amount Claimed: 32,863.52; Amount Allowed: 32,863.52; | 7100-000 | | $1,027.04 | $0.00 |

SUBTOTALS    $0.00    $14,215.15

**FORM 2** Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-02910-lmj7 | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5848 | | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/19/2019 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/17/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $25,678.41 | $25,678.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,678.41 | $25,678.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,678.41 | $25,678.41 | |

**For the period of 12/19/2019 to 3/17/2021**  **For the entire history of the account between 05/03/2020 to 3/17/2021**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $25,678.41 | Total Compensable Receipts: | $25,678.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,678.41 | Total Comp/Non Comp Receipts: | $25,678.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,678.41 | Total Compensable Disbursements: | $25,678.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,678.41 | Total Comp/Non Comp Disbursements: | $25,678.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-02910-lmj7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | JAMES, MOLLIE MARIE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5848 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/19/2019 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/17/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $25,678.41 | $25,678.41 | $0.00 |

**For the period of 12/19/2019 to 3/17/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,678.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,678.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,678.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,678.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2019 to 3/17/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,678.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,678.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,678.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,678.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DONALD F. NEIMAN
_____

DONALD F. NEIMAN